**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

| | | |
|---|---|---|
| In re: JANG, KYU B.<br>JANG, YOUNG S.<br>Debtor(s) | § § § § | Case No. 14-11707JSB |
| Debtor(s) | | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 03/31/2014. The undersigned trustee was appointed on 10/30/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of         $    64,310.27

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 186.53 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 30,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $    34,123.74 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

     6. The deadline for filing non-governmental claims in this case was 04/14/2016 and the deadline for filing governmental claims was 09/27/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,181.03. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $0.00 as interim compensation and now requests the sum of $4,181.03, for a total compensation of $4,181.03[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $218.20 for total expenses of $218.20[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/03/2016     By: /s/ Deborah Ebner
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 3

| Case No.: | 14-11707JSB | Trustee Name: | (330480) Deborah Ebner |
| --- | --- | --- | --- |
| Case Name: | JANG, KYU B. / JANG, YOUNG S. | Date Filed (f) or Converted (c): | 03/31/2014 (f) |
| | | § 341(a) Meeting Date: | 05/14/2014 |
| For Period Ending: | 06/03/2016 | Claims Bar Date: | 04/14/2016 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 423 9th St, Wheeling, Il 60090 | 225,292.00 | 0.00 | | 0.00 | 225,292.00 |
| 2 | Checking account with MB Financial | 100.00 | 0.00 | | 0.00 | 100.00 |
| 3 | Checking account with BBCN | 500.00 | 0.00 | | 0.00 | 500.00 |
| 4 | misc used household goods | 900.00 | 875.00 | | 0.00 | 900.00 |
| 5 | used clothing | 400.00 | 0.00 | | 0.00 | 400.00 |
| 6 | Debtors are the sole proprietors of Royal Genera | 7,000.00 | 1,250.00 | | 0.00 | 7,000.00 |
| 7 | 2007 Honda Odyssey with 165k miles | 4,025.00 | 0.00 | | 0.00 | 4,025.00 |
| 8* | Surplus Funds on deposit with Circuit Court of Cook County (u) (See Footnote) | 0.00 | 34,310.27 | | 64,310.27 | 0.00 |
| 8 | **Assets     Totals**     (Excluding unknown values) | **$238,217.00** | **$36,435.27** | | **$64,310.27** | **$238,217.00** |

RE PROP# 8      Turnover of funds from Circuit Court case number 14CH15774 : Real Estate Surplus Fund account

**UST Form 101-7-TFR (5/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page:     4

| | |
|---|---|
| **Case No.:** 14-11707JSB | **Trustee Name:**     (330480) Deborah Ebner |
| **Case Name:**   JANG, KYU B. | **Date Filed (f) or Converted (c):**  03/31/2014 (f) |
|   JANG, YOUNG S. | **§ 341(a) Meeting Date:**     05/14/2014 |
| **For Period Ending:**     06/03/2016 | **Claims Bar Date:**  04/14/2016 |

**Major Activities Affecting Case Closing:**

Reopened 10/28/15; Through no fault of the Debtor, there was an error in a judicial sale of real estate in the Circuit Court resulting in a $65,000.00 surplus;  Trustee believe that the funds belong to the bankruptcy estate subject to the Debtor's claim of exemption. The case was closed as a no asset case in July 2014. The error did not occur until after case closure.

**Initial Projected Date Of Final Report (TFR):**                    **Current Projected Date Of Final Report (TFR):**     05/07/2016 (Actual)

**UST Form 101-7-TFR (5/1/2011)**

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case No.: | 14-11707JSB | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|
| Case Name: | JANG, KYU B. JANG, YOUNG S. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5641 | Account #: | ******0400 Checking |
| For Period Ending: | 06/03/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/16/2016 | {8} | Clerk of the Circuit Court of Cook County | | 1290-000 | 64,310.27 | | 64,310.27 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 27.67 | 64,282.60 |
| 03/25/2016 | 101 | Kyu B. and Young S. Jang | Exemption paid to debtor Voided on 03/25/2016 | 8200-002 | | 30,000.00 | 34,282.60 |
| 03/25/2016 | 101 | Kyu B. and Young S. Jang | Exemption paid to debtor Voided: check issued on 03/25/2016 | 8200-002 | | -30,000.00 | 64,282.60 |
| 03/25/2016 | 102 | Kyu B. and Young S. Jang | Issuance of homestead exemption | 8100-002 | | 30,000.00 | 34,282.60 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 101.43 | 34,181.17 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 57.43 | 34,123.74 |
| | | | **COLUMN TOTALS** | | 64,310.27 | 30,186.53 | $34,123.74 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 64,310.27 | 30,186.53 | |
| | | | Less: Payments to Debtors | | | 30,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$64,310.27** | **$186.53** | |

{ } Asset Reference(s)   UST Form 101-7-TFR (5/1/2011)   ! - transaction has not been cleared

Exhibit B

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 14-11707JSB | **Trustee Name:** | Deborah Ebner (330480) | |
| **Case Name:** | JANG, KYU B.<br>JANG, YOUNG S. | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***5641 | **Account #:** | ******0400 Checking | |
| **For Period Ending:** | 06/03/2016 | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0400 Checking | $64,310.27 | $186.53 | $34,123.74 |
| | **$64,310.27** | **$186.53** | **$34,123.74** |

**UST Form 101-7-TFR (5/1/2011)**

**Exhibit C**

# Claims Distribution Register

**Case:** 14-11707JSB KYU B. JANG AND YOUNG S. JANG

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 05/07/16 | 200 | Law Office of Deborah Kanner Ebner<br>11 East Adams Street<br>Suite 904<br>Chicago, IL 60603<br><3110-00 Attorney for Trustee Fees (Trustee Firm)> | $ 7,642.50 | $ 7,642.50 | $ 0.00 | $ 7,642.50 | $ 7,642.50 |
| | 01/07/16 | 200 | Deborah Ebner<br>11 East Adams Street<br>Suite 904<br>Chicago, IL 60603<br><2100-00 Trustee Compensation> | $ 4,181.03 | $ 4,181.03 | $ 0.00 | $ 4,181.03 | $ 4,181.03 |
| | 05/09/16 | 200 | Deborah Ebner<br>11 East Adams Street<br>Suite 904<br>Chicago, IL 60603<br><2200-00 Trustee Expenses> | $ 218.20 | $ 218.20 | $ 0.00 | $ 218.20 | $ 218.20 |
| | | | Total for Priority 200:   100% Paid | $ 12,041.73 | $ 12,041.73 | $ 0.00 | $ 12,041.73 | $ 12,041.73 |
| | | | Total for Admin Ch. 7 Claims: | $ 12,041.73 | $ 12,041.73 | $ 0.00 | $ 12,041.73 | $ 12,041.73 |
| **Secured Claims:** | | | | | | | | |
| | 03/31/14 | 100 | Amr Eagle Bk<br>556 Randall Road<br>South Elgin, IL 60177<br><4110-00 Real Estate - Consensual Liens (mortgages, deeds of trust)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | 03/31/14 | 100 | Chase Manhattan Mortgage<br>Attn: Bankruptcy Dept<br>3415 Vision Dr<br>Columbus, OH 43219<br><4110-00 Real Estate - Consensual Liens (mortgages, deeds of trust)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| EXEMPT | 05/09/16 | 100 | Kyu and Young S. Jang<br>c/o David Chang, Esq<br>1990 East Algonquin Road #260<br>Schaumburg, IL 60173<br><8100-00 Exemptions> | $ 30,000.00 | $ 30,000.00 | $ 0.00 | $ 30,000.00 | $ 0.00 |
| | | | Total for Priority 100:   0% Paid | $ 30,000.00 | $ 30,000.00 | $ 0.00 | $ 30,000.00 | $ 0.00 |
| | | | Total for Secured Claims: | $ 30,000.00 | $ 30,000.00 | $ 0.00 | $ 30,000.00 | $ 0.00 |
| **Unsecured Claims:** | | | | | | | | |
| | 03/31/14 | 610 | AlliedInterstate<br>P.O Box 1954<br>Southgate, MI 48195<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

# Claims Distribution Register

**Case:** 14-11707JSB KYU B. JANG AND YOUNG S. JANG

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| | 03/31/14 | 610 | Armor Systems Co<br>1700 Kiefer Dr<br>Ste 1<br>Zion, IL 60099<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | 03/31/14 | 610 | Bank Of America<br>Po Box 982238<br>El Paso, TX 79998<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | 03/31/14 | 610 | Bank Of America<br>Attention: Recovery Department<br>4161 Peidmont Pkwy.<br>Greensboro, NC 27410<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | 03/31/14 | 610 | Cardiovascular Associates P.O. Box<br>Chicago, IL 60680<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | 03/31/14 | 610 | Chase<br>Po Box 15298<br>Wilmington, DE 19850<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | 03/31/14 | 610 | Chase<br>Po Box 15298<br>Wilmington, DE 19850<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | 03/31/14 | 610 | Citibank Citicorp Credit Services/Attn: Centraliz<br>Po Box 20507<br>Kansas City, MO 64195<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | 03/31/14 | 610 | Citibank Sd, Na<br>Attn: Centralized Bankruptcy<br>Po Box 20363<br>Kansas City, MO 64195<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | 03/31/14 | 610 | Codilis and Associates<br>15W030 N. Frontage#100<br>Burr Ridge, IL 60527<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | 03/31/14 | 610 | GECRB/Walmart<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

# Claims Distribution Register

**Case:** 14-11707JSB KYU B. JANG AND YOUNG S. JANG

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| | 03/31/14 | 610 | Glenbrook Hospital<br>2100 Pfingsten Rd<br>Glenview, IL 60026<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | 03/31/14 | 610 | Global Credit amd Collection Corp.<br>2699 Lee Rd<br>Suite 330<br>Winter Park, FL 32789<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | 03/31/14 | 610 | Irwin Mortgage Corporation<br>Po Box 3084<br>Visalia, CA 93278<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | 03/31/14 | 610 | Northshore University HealthSystem Hospital Billing<br>23056 Network Place<br>Chicago, IL 60673<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | 03/31/14 | 610 | Pinnacle Management Services<br>514 Market Loop<br>Suite 103<br>Dundee, IL 60118<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | 03/31/14 | 610 | United Recovery Systems<br>PO Box 722929<br>Houston, TX 77272<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | Total for Priority 610:  0% Paid | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 1 | 04/27/16 | 620 | 3FCB III LLC Holdings 4 c/o Kevin H. Morse, Arnstein & Lehr LLP<br>120 S. Riverside Plaza, Suite 1200<br>Chicago, IL 60606<br><7200-00 Section 726(a)(3) Tardily Filed General Unsecured Claims> | $ 24,983.40 | $ 24,983.40 | $ 0.00 | $ 24,983.40 | $ 22,082.01 |
| 1-2 | 04/27/16 | 620 | 3FCB III LLC Holdings 4 c/o Kevin H. Morse, Arnstein & Lehr LLP<br>120 S. Riverside Plaza, Suite 1200<br>Chicago, IL 60606<br><7200-00 Section 726(a)(3) Tardily Filed General Unsecured Claims> | $ 24,983.40 | $ 24,983.40 | $ 0.00 | $ 24,983.40 | $ 0.00 |
| | | | Total for Priority 620:  44.19336% Paid | $ 49,966.80 | $ 49,966.80 | $ 0.00 | $ 49,966.80 | $ 22,082.01 |
| | | | Total for Unsecured Claims: | $ 49,966.80 | $ 49,966.80 | $ 0.00 | $ 49,966.80 | $ 22,082.01 |
| | | | Total for Case: | $ 92,008.53 | $ 92,008.53 | $ 0.00 | $ 92,008.53 | $ 34,123.74 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 14-11707JSB
Case Name: KYU B. JANG AND YOUNG S. JANG
Trustee Name: Deborah Ebner

**Balance on hand:** $ 34,123.74

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 34,123.74

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Deborah Ebner | 4,181.03 | 0.00 | 4,181.03 |
| Trustee, Expenses - Deborah Ebner | 218.20 | 0.00 | 218.20 |
| Attorney for Trustee Fees - Law Office of Deborah Kanner Ebner | 7,642.50 | 0.00 | 7,642.50 |

Total to be paid for chapter 7 administrative expenses: $ 12,041.73
Remaining balance: $ 22,082.01

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 22,082.01

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 22,082.01 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 22,082.01 |

Tardily filed claims of general (unsecured) creditors totaling $49,966.80 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 44.2 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | 3FCB III LLC Holdings 4 c/o Kevin H. Morse, Arnstein & Lehr LLP | 24,983.40 | 0.00 | 22,082.01 |
| 1-2 | 3FCB III LLC Holdings 4 c/o Kevin H. Morse, Arnstein & Lehr LLP | 24,983.40 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 22,082.01 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**