# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division DIVISION

| | | |
|---|---|---|
| In re: JANG, KYU B. | § | Case No. 14-11707JSB |
| JANG, YOUNG S. | § | |
| | § | |
| | § | |
| Debtor(s) | | |

### AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Deborah Ebner, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk, US Bankruptcy Court

219 S. Dearborn St.

Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 07/05/2016 in Courtroom 615, United States Courthouse Courthouse, 219 S. Dearborn St., Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 06/07/2016

By: /s/ /s/ Deborah K. Ebner

Trustee

Deborah Ebner
11 East Adams Street
Suite 904
Chicago, IL 60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re: JANG, KYU B.                   §      Case No. 14-11707JSB
　　　 JANG, YOUNG S.                 §
　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　§
　　　　　　　Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of :* | $ | 64,310.27 |
| *and approved disbursements of:* | $ | 30,186.53 |
| *leaving a balance on hand of¹:* | $ | 34,123.74 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | | None | | |

| | | |
|---|---|---:|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 34,123.74 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Deborah Ebner | 4,181.03 | 0.00 | 4,181.03 |
| Trustee, Expenses - Deborah Ebner | 218.20 | 0.00 | 218.20 |
| Attorney for Trustee Fees - Law Office of Deborah Kanner Ebner | 7,642.50 | 0.00 | 7,642.50 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $ | 12,041.73 |
| Remaining balance: | $ | 22,082.01 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

¹The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 22,082.01

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 22,082.01

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 22,082.01

Tardily filed claims of general (unsecured) creditors totaling $49,966.80 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 44.2 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | 3FCB III LLC Holdings 4 c/o Kevin H. Morse, Arnstein & Lehr LLP | 24,983.40 | 0.00 | 22,082.01 |
| 1-2 | 3FCB III LLC Holdings 4 c/o Kevin H. Morse, Arnstein & Lehr LLP | 24,983.40 | 0.00 | 0.00 |

Total to be paid for tardily filed general unsecured claims: $ 22,082.01
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared by: /s/ /s/ Deborah K. Ebner
Trustee

Deborah Ebner
11 East Adams Street
Suite 904
Chicago, IL 60603
(312) 922-3838

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 14-11707-JSB
Kyu B Jang                                                          Chapter 7
Young S Jang
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: cshabez          Page 1 of 1          Date Rcvd: Jun 08, 2016
                             Form ID: pdf006        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2016.
db/jdb      #+Kyu B Jang,  Young S Jang,  423 9th St.,  Wheeling, IL 60090-2786
24473383    +3FCB III LLC Holdings 4,  c/o Kevin H. Morse, Arnstein & Lehr LLP,
            120 S. Riverside Plaza, Suite 1200,  Chicago, Illinois 60606-3910

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Law Office of Deborah Kanner Ebner
                                                                     TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 10, 2016                    Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2016 at the address(es) listed below:
        David  Chang  on behalf of Debtor 2 Young S Jang dchang@changandcarlin.com,
        changcarlin@iamthewolf.com
        David  Chang  on behalf of Debtor 1 Kyu B Jang dchang@changandcarlin.com,
        changcarlin@iamthewolf.com
        Deborah  Kanner Ebner  on behalf of Trustee Deborah  Kanner Ebner dkebner@debnertrustee.com,
        IL53@ecfcbis.com/webmaster@debnertrustee.com;DKEbner@debnertrustee.com;beckys@deborahebnerlaw.com
        ;admin.assistant@debnertrustee.com
        Deborah  Kanner Ebner  dkebner@debnertrustee.com,
        IL53@ecfcbis.com/webmaster@debnertrustee.com;DKEbner@debnertrustee.com;beckys@deborahebnerlaw.com
        ;admin.assistant@debnertrustee.com
        Deborah K Ebner  on behalf of Debtor 2 Young S Jang dkebner@deborahebnerlaw.com,
        sbutz@deborahebnerlaw.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
        Deborah K Ebner  on behalf of Debtor 1 Kyu B Jang dkebner@deborahebnerlaw.com,
        sbutz@deborahebnerlaw.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
        Heather M Giannino  on behalf of Creditor  JPMorgan Chase Bank, National Association
        bankruptcy@hsbattys.com,  bankruptcy@hsbattys.com
        Kevin H Morse  on behalf of Interested Party  3FCB III LLC HOLDINGS 4 khmorse@arnstein.com
        Kimberly  Bacher  on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
        kimberly.bacher@usdoj.gov;kimberlyabacher@hotmail.com
        Patrick S Layng  USTPRegion11.ES.ECF@usdoj.gov

                                                                     TOTAL: 10