**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re:  JANG, KYU B.                                    §    Case No. 14-11707-JSB
        JANG, YOUNG S.                                  §
                                                        §
                                                        §
                                                        §
            Debtor(s)

---

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Deborah  Ebner, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $238,217.00 | Assets Exempt: $70,800.00 |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants: $22,082.01 | Claims Discharged Without Payment: $106,430.20 |
| Total Expenses of Administration: $12,228.26 | |

3) Total gross receipts of $64,310.27 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $30,000.00 (see **Exhibit 2**), yielded net receipts of $34,310.27 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $212,923.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $12,228.26 | $12,228.26 | $12,228.26 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $78,545.41 | $49,966.80 | $49,966.80 | $22,082.01 |
| **TOTAL DISBURSEMENTS** | $291,468.41 | $62,195.06 | $62,195.06 | $34,310.27 |

4) This case was originally filed under chapter 7 on 03/31/2014.  The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:     08/01/2016

By: /s/ Deborah  Ebner
                                    Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Surplus Funds on deposit with Circuit Court of Cook County | 1290-000 | $64,310.27 |
| **TOTAL GROSS RECEIPTS** | | **$64,310.27** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Kyu B. and Young S. Jang | Issuance of homestead exemption; $30,000.00 | 8100-002 | $30,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$30,000.00** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Amr Eagle Bk | 4110-000 | $87,592.00 | NA | NA | NA |
| N/F | Chase Manhattan Mortgage | 4110-000 | $125,331.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$212,923.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Deborah Ebner | 2100-000 | NA | $4,181.03 | $4,181.03 | $4,181.03 |
| Trustee, Expenses - Deborah Ebner | 2200-000 | NA | $218.20 | $218.20 | $218.20 |
| Attorney for Trustee Fees - Law Office of Deborah Kanner Ebner | 3110-000 | NA | $7,642.50 | $7,642.50 | $7,642.50 |
| Rabobank, N.A. | 2600-000 | NA | $186.53 | $186.53 | $186.53 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$12,228.26** | **$12,228.26** | **$12,228.26** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | 3FCB III LLC Holdings 4 c/o Kevin H. Morse, Arnstein & Lehr LLP | 7200-000 | NA | $24,983.40 | $24,983.40 | $22,082.01 |
| 1-2 | 3FCB III LLC Holdings 4 c/o Kevin H. Morse, Arnstein & Lehr LLP | 7200-000 | NA | $24,983.40 | $24,983.40 | $0.00 |
| N/F | AlliedInterstate | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Armor Systems Co | 7100-000 | $430.00 | NA | NA | NA |
| N/F | Bank Of America | 7100-000 | $17,673.00 | NA | NA | NA |
| N/F | Bank Of America | 7100-000 | NA | NA | NA | NA |
| N/F | Cardiovascular Associates P.O. Box | 7100-000 | $8.81 | NA | NA | NA |
| N/F | Chase | 7100-000 | $17,211.00 | NA | NA | NA |
| N/F | Chase | 7100-000 | $20,293.00 | NA | NA | NA |
| N/F | Citibank Citicorp Credit Services/Attn: Centraliz | 7100-000 | $12,273.00 | NA | NA | NA |
| N/F | Citibank Sd, Na | 7100-000 | $2,410.00 | NA | NA | NA |
| N/F | Codilis and Associates | 7100-000 | $0.00 | NA | NA | NA |
| N/F | GECRB/Walmart | 7100-000 | $7,764.00 | NA | NA | NA |
| N/F | Glenbrook Hospital | 7100-000 | $69.84 | NA | NA | NA |
| N/F | Global Credit amd Collection Corp. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Irwin Mortgage Corporation | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Northshore University HealthSystem Hospital Billing | 7100-000 | $412.76 | NA | NA | NA |
| N/F | Pinnacle Management Services | 7100-000 | $0.00 | NA | NA | NA |

| N/F | United Recovery Systems | 7100-000 | $0.00 | NA | NA | NA |
|-----|------------------------|----------|-------|-----|-----|-----|

| | TOTAL GENERAL UNSECURED CLAIMS | $78,545.41 | $49,966.80 | $49,966.80 | $22,082.01 |
|---|---|---|---|---|---|

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1

Exhibit 8

## Individual Estate Property Record and Report
## Asset Cases

Page:        1

| **Case No.:** | 14-11707JSB | **Trustee Name:** | (330480) Deborah Ebner |
|---|---|---|---|
| **Case Name:** | JANG, KYU B. | **Date Filed (f) or Converted (c):** | 03/31/2014 (f) |
| | JANG, YOUNG S. | **§ 341(a) Meeting Date:** | 05/14/2014 |
| **For Period Ending:** | 08/01/2016 | **Claims Bar Date:** | 04/14/2016 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 423 9th St, Wheeling, Il 60090 | 225,292.00 | 0.00 | | 0.00 | FA |
| 2 | Checking account with MB Financial | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account with BBCN | 500.00 | 0.00 | | 0.00 | FA |
| 4 | misc used household goods | 900.00 | 875.00 | | 0.00 | FA |
| 5 | used clothing | 400.00 | 0.00 | | 0.00 | FA |
| 6 | Debtors are the sole proprietors of Royal Genera | 7,000.00 | 1,250.00 | | 0.00 | FA |
| 7 | 2007 Honda Odyssey with 165k miles | 4,025.00 | 0.00 | | 0.00 | FA |
| 8* | Surplus Funds on deposit with Circuit Court of Cook County (u)<br>(See Footnote) | 0.00 | 34,310.27 | | 64,310.27 | FA |
| 8 | **Assets          Totals      (Excluding unknown values)** | **$238,217.00** | **$36,435.27** | | **$64,310.27** | **$0.00** |

RE PROP# 8      Turnover of funds from Circuit Court case number 14CH15774 : Real Estate Surplus Fund account

**Major Activities Affecting Case Closing:**

August 1, 2016 TDR prepared;

**Initial Projected Date Of Final Report (TFR):**                    **Current Projected Date Of Final Report (TFR):**        05/07/2016 (Actual)

**UST Form 101-7-TDR ( 10 /1/2010)**

Exhibit 9

## Form 2

Page:         2

## Cash Receipts And Disbursements Record

**Case No.:**  14-11707JSB

**Case Name:**  JANG, KYU B.
JANG, YOUNG S.

**Taxpayer ID #:**  **-***5641

**For Period Ending:**  08/01/2016

**Trustee Name:**  Deborah Ebner (330480)

**Bank Name:**  Rabobank, N.A.

**Account #:**  ******0400 Checking

**Blanket Bond (per case limit):** $5,000,000.00

**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/16/2016 | {8} | Clerk of the Circuit Court of Cook County | | 1290-000 | 64,310.27 | | 64,310.27 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 27.67 | 64,282.60 |
| 03/25/2016 | 101 | Kyu B. and Young S. Jang | Exemption paid to debtor Voided on 03/25/2016 | 8200-002 | | 30,000.00 | 34,282.60 |
| 03/25/2016 | 101 | Kyu B. and Young S. Jang | Exemption paid to debtor Voided: check issued on 03/25/2016 | 8200-002 | | -30,000.00 | 64,282.60 |
| 03/25/2016 | 102 | Kyu B. and Young S. Jang | Issuance of homestead exemption | 8100-002 | | 30,000.00 | 34,282.60 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 101.43 | 34,181.17 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 57.43 | 34,123.74 |
| 07/05/2016 | 103 | Kyu and Young S. Jang | Dividend paid 100.00% on $30,000.00 \| Claim # EXEMPT \| Filed: $30,000.00 Voided on 07/05/2016 | 8100-000 | | 30,000.00 | 4,123.74 |
| 07/05/2016 | 103 | Kyu and Young S. Jang | Dividend paid 100.00% on $30,000.00 \| Claim # EXEMPT \| Filed: $30,000.00 Voided: check issued on 07/05/2016 | 8100-000 | | -30,000.00 | 34,123.74 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**                    *! - transaction has not been cleared*

Exhibit 9

## Form 2

Page:        3

## Cash Receipts And Disbursements Record

| **Case No.:** | 14-11707JSB | **Trustee Name:** | Deborah Ebner (330480) |
|---|---|---|---|
| **Case Name:** | JANG, KYU B. JANG, YOUNG S. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***5641 | **Account #:** | ******0400 Checking |
| **For Period Ending:** | 08/01/2016 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/05/2016 | 104 | Deborah Ebner | Dividend paid 34.25% on $4,181.03 \| Claim # FEE \| Filed: $4,181.03 Voided on 07/05/2016 | 2100-000 | | 1,431.81 | 32,691.93 |
| 07/05/2016 | 104 | Deborah Ebner | Dividend paid 34.25% on $4,181.03 \| Claim # FEE \| Filed: $4,181.03 Voided: check issued on 07/05/2016 | 2100-000 | | -1,431.81 | 34,123.74 |
| 07/05/2016 | 105 | Deborah Ebner | Dividend paid 34.24% on $218.20 \| Claim # TE \| Filed: $218.20 Voided on 07/05/2016 | 2200-000 | | 74.72 | 34,049.02 |
| 07/05/2016 | 105 | Deborah Ebner | Dividend paid 34.24% on $218.20 \| Claim # TE \| Filed: $218.20 Voided: check issued on 07/05/2016 | 2200-000 | | -74.72 | 34,123.74 |
| 07/05/2016 | 106 | Law Office of Deborah Kanner Ebner | Dividend paid 34.25% on $7,642.50 \| Filed: $7,642.50 Voided on 07/05/2016 | 3110-000 | | 2,617.21 | 31,506.53 |
| 07/05/2016 | 106 | Law Office of Deborah Kanner Ebner | Dividend paid 34.25% on $7,642.50 \| Filed: $7,642.50 Voided: check issued on 07/05/2016 | 3110-000 | | -2,617.21 | 34,123.74 |

{} Asset Reference(s)        UST Form 101-7-TDR ( 10 /1/2010)                                                                    ! - transaction has not been cleared

Exhibit 9

## Form 2

Page:       4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 14-11707JSB |
| **Case Name:** | JANG, KYU B.<br>JANG, YOUNG S. |
| **Taxpayer ID #:** | **-***5641 |
| **For Period Ending:** | 08/01/2016 |

| | |
|---|---|
| **Trustee Name:** | Deborah Ebner (330480) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******0400 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/06/2016 | 107 | Deborah Ebner | Dividend paid 100.00% on $4,181.03 \| Claim # FEE \| Filed: $4,181.03 | 2100-000 | | 4,181.03 | 29,942.71 |
| 07/06/2016 | 108 | Deborah Ebner | Dividend paid 100.00% on $218.20 \| Claim # TE \| Filed: $218.20 | 2200-000 | | 218.20 | 29,724.51 |
| 07/06/2016 | 109 | Law Office of Deborah Kanner Ebner | Dividend paid 100.00% on $7,642.50 \| Filed: $7,642.50 | 3110-000 | | 7,642.50 | 22,082.01 |
| 07/06/2016 | 110 | 3FCB III LLC Holdings 4 c/o Kevin H. Morse, Arnstein & Lehr LLP | Dividend paid 88.39% on $24,983.40 \| Claim # 1 \| Filed: $24,983.40 | 7200-000 | | 22,082.01 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | | 64,310.27 | 64,310.27 | $0.00 |
| Less: Bank Transfers/CDs | | 0.00 | 0.00 |
| **Subtotal** | | 64,310.27 | 64,310.27 |
| Less: Payments to Debtors | | | 30,000.00 |
| **NET Receipts / Disbursements** | | **$64,310.27** | **$34,310.27** |

*{} Asset Reference(s)*      **UST Form 101-7-TDR ( 10 /1/2010)**                    *! - transaction has not been cleared*

**Exhibit 9**

Page:  5

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 14-11707JSB | |
| **Case Name:** | JANG, KYU B.<br>JANG, YOUNG S. | |
| **Taxpayer ID #:** | **-***5641 | |
| **For Period Ending:** | 08/01/2016 | |

| | |
|---|---|
| **Trustee Name:** | Deborah Ebner (330480) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******0400 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0400 Checking | $64,310.27 | $34,310.27 | $0.00 |
| | **$64,310.27** | **$34,310.27** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)